**08 CRIM 178**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Docket Clerk | OFFENSE: <u>CONSP. TO POSS. W/I TO DISTB. AND TO DISTB. 5 KILOS OR MORE OF COCAINE (SCH II); TO POSS. W/I TO DISTB. & TO DISTB. 50 GRAMS OR MORE OF "CRACK" (SCH II)</u> |
| | | ORIGINAL SENTENCE: <u>ONE HUNDRED SIXTY-EIGHT (168) MONTHS IMPRISONMENT; FIVE (5) YEARS SUPERVISED RELEASE TERM.</u> |
| FROM: | SEAN L. WATSON<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>$50.00 SPECIAL ASSESSMENT DURING TERM OF SUPERVISED RELEASE</u> |
| | | AUSA: <u>TO BE ASSIGNED</u> |
| RE: | RODRIGUEZ, JR., FRANCISCO<br>Docket # <u>90 CR 389-A 06</u> | |

DATE OF SENTENCE:

DATE:   FEBRUARY 29, 2008

ATTACHMENTS:   PSI ___   JUDGMENT <u>X</u>   PREVIOUS REPORTS ___
VIOLATION PETITION ___

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION ___

---

**TRANSFER OF JURISDICTION**

On April 5, 1991, the above-referenced individual was sentenced by the Honorable Albert V. Bryan, Jr., U.S. District Court Judge (USDJ) for the Eastern District of Virginia (ED/VA) following his being found guilty of Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or more of Cocaine (Sch. II); and to Possess with intent to Distribute 50 grams or more of "Crack" (sch. II) in violation of 21 USC 846. The offender was subsequently sentenced to 168 months imprisonment followed by five (5) years supervised release.

In 2005, a request was made to the ED/VA for a Transfer of Jurisdiction in this case. On December 1, 2005, we received a letter from the ED/VA advising that the Honorable Claude M. Hilton, USDJ, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering that jurisdiction of the offender's case be transferred to the SD/NY. At this time, we are requesting

FRANCISCO RODRIGUEZ                                                                                          P47823

- 2 -

that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction, based on recent non-compliance issues with this offender.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer.

                                                    Respectfully submitted,

                                                    Sean L. Watson/ms
                                                    Seal L. Watson
                                                    U.S. Probation Officer
                                                    (212) 805-0044